UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

JOSHUA MORRIS,

    Plaintiff,

-vs-

BELLAIRE HARBOR SERVICE, LLC,

    Defendant.

Case No: 5:13-cv-131 (Bailey)

Electronically Filed
September 19, 2013

## COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Admiralty and Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. In or about June 2013, Plaintiff was in the course of his employment when he stepped in an unnecessary hole that shouldn't have been there on a retaining wall and suffered injury because of said failure to exercise reasonable care and provide a safe place to work.

6. Defendant's tortious acts aforesaid caused or contribute to Plaintiff's damages, inter

1

alia, as follows:

    a.    Pain and suffering, past future;

    b.    Mortification, humiliation, fright shock and embarrassment;

    c.    Loss of earnings and earning capacity;

    d.    Hospital, pharmaceutical and other cure expenses;

    e.    Aggravation of prior condition, if any there be;

    f.    Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g.    Mental anguish;

    h.    Found;

    i.    Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

                              O'BRYAN BAUN KARAMANIAN

                              /s/ Dennis M. O'Bryan (w/ consent)

                              DENNIS M. O'BRYAN  
                              Attorneys for Plaintiff  
                              401 S. Old Woodward, Suite 450  
                              Birmingham, MI 48009  
                              (248) 258-6262  
                              (248) 258-6047 - fax  
                              dob@obryanlaw.net

                              KATZ WORKING FAMILIES' LAW FIRM, LC

/s/ Andrew J. Katz

ANDREW J. KATZ   (Bar No. 6615)
Local Counsel for Plaintiff
The Security Bldg., Ste. 1106
100 Capitol St.
Charleston, WV 25301
304-342-5579
304-344-3489 - fax
ajk792000@yahoo.com

DATED: 9/19/2013